JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **NIKO NICHELLE HOUSLEY,** | ED CV 21-01870-VBF-SHK |
| Plaintiff-Appellant, | JUDGMENT |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant-Appellee. | |

**IT IS ADJUDGED that** the decision of the Commissioner of Social Security is REVERSED and the case is remanded to the agency for further proceedings consistent with the Report and Recommendation of the United States Magistrate Judge and this Court's November 10, 2022 Order adopting that Report.

Dated: November 10, 2022

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge