E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LYNN HARADA [C.S.B.N. 267616]
Special Assistant United States Attorney
    Office of Program Litigation, Office 7
    Office of the General Counsel
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: 510-970-4820
    Facsimile: 415-744-0134
    e-mail: Lynn.Harada@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKO NICHELLE HOUSLEY,<br>    Plaintiff,<br>vs.<br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>    Defendant. | Case No.: 5:21-cv-01870-VBF-SHK<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $4,000.00 as authorized by 28 U.S.C. § 2412, and no costs pursuant to 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATED: 2/7/2023

                                                /s/ signature
                                 HON. SHASHI H. KEWALRAMANI
                                 UNITED STATES MAGISTRATE JUDGE